1  Kenneth E. Keller, Esq. (State Bar No. 71450)
   Gary A. Cerio, Esq. (State Bar No. 99468)
2  KRIEG KELLER SLOAN REILLEY & ROMAN LLP
   114 Sansome Street, 4th Floor
3  San Francisco, CA 94104
   Telephone: (415) 249-8330
4  Facsimile: (415) 249-8333

5  Attorneys for Defendant
   CROWN EQUIPMENT CORPORATION
6

**FILED**

MAY 2 3 2005

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

7

8               UNITED STATES DISTRICT COURT

9               NORTHERN DISTRICT OF CALIFORNIA

10                  SAN FRANCISCO DIVISION

11  ARNOLD CARGANILLA,              )   Case No. C 04-04627 PJH
                                    )
12              Plaintiff,          )
                                    )   **STIPULATION AND ORDER TO**
13       vs.                        )   **DISMISS COMPLAINT WITH**
                                    )   **PREJUDICE**
14                                  )
    CROWN EQUIPMENT COPORATION,     )
15  and DOES 1 to 10,               )
                                    )
16              Defendants.         )

17

18       Plaintiff Arnold Carganilla and Defendant Crown Equipment Corporation, by and through

19  their respective counsel of record, hereby stipulate that the above-captioned Complaint be, and

20  hereby is, dismissed with prejudice in its entirety pursuant to Rule 41(a)(1) of the Federal Rules of

21  Civil Procedure, with each party to bear its own costs.

22
    Dated: May __, 2005           Walter L. Davis, Attorney at Law
23

24
                                  By: _____
25                                     Walter L. Davis, Esq.
                                       Attorney for Plaintiff Arnold Carganilla
26

27

28

---

STIPULATION AND ORDER TO DISMISS COMPLAINT WITH PREJUDICE
Case No. C 04-4627 PJH

| | |
|---|---|
| Dated: May 20, 2005 | KRIEG, KELLER, SLOAN, REILLEY & ROMAN LLP<br><br>By: *Gary A. Cerio*<br>Gary A. Cerio, Esq.<br>Attorneys for Defendant<br>CROWN EQUIPMENT CORPORATION |

**IT IS SO ORDERED:**

Dated: 5/23/05

*[signature]*
PHYLLIS J. HAMILTON
UNITED STATES DISTRICT COURT JUDGE

---

STIPULATION AND ORDER TO DISMISS COMPLAINT WITH PREJUDICE
Case No. C 04-4627 PJH

41005
33926-009